UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                    Case No. 5:14−cv−10662−JCO−MAR
                                            Hon. John Corbett OMeara

Dionne Waller,

                Defendant(s),

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 1/5/2015, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                                    s/John Corbett O'Meara
                                                    John Corbett O'Meara
                                                    U.S. District Judge

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/W. Barkholz
                                                        Case Manager

Dated:   December 22, 2014